# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1260. JONATHAN CULMER v. MARANATHA DORMEZIL.**

In February 2023, Maranatha Dormezil obtained a 12-month family violence protective order against Jonathan Culmer. Culmer then filed this direct appeal. We, however, lack jurisdiction.

An appeal from a trial court order entered in a domestic relations case must be initiated by filing an application for discretionary appeal.  See OCGA § 5-6-35 (a) (2). And this requirement applies to actions arising under the Family Violence Act, OCGA § 19-13-1 et seq. *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Thus, Culmer's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/09/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.